# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

Michele Dague                                                              **PLAINTIFF**

**VS.**                    **CASE NO.**  4:13-cv-627-KGB

Jason's Deli, et al                                                        **DEFENDANT**

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this  4th   day of  November     , 20 13 .

                                   AT THE DIRECTION OF THE COURT
                                   JAMES W. MCCORMACK, CLERK


                                   By:  /s/ K.P. Roy
                                          Deputy Clerk