IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHELE DAGUE                                                    PLAINTIFF

VS.                          NO. 4:13-CV-00627 KGB

JASON'S DELI                                                    DEFENDANT

## JOINT RULE 26(f) REPORT

Plaintiff Michele Dague and defendant Jason's Deli submit the following

information as required by Rule 26(f) and Local Rule 26.1:

1)   Any changes in timing, form, or requirements of mandatory disclosures
under Fed. R. Civ. P. 26(a).

Disclosures as listed in Fed. R. Civ. P. 26(a) will be made on or before

October 21, 2014.

2)   Date when mandatory disclosures were or will be made.

Disclosures as listed in Fed. R. Civ. P. 26(a) will be made on or before

October 21, 2014.

3)   Subjects on which discovery may be needed.

a.   Details of plaintiff's claims of discrimination and retaliation.

b.   Facts relating to the terms, conditions, and circumstances of

plaintiff's employment.

c.   Facts relating to defendant's actions concerning plaintiff and

any applicable defenses.

d.   Damages and mitigation of damages.

4)   Whether any party will likely be requested to disclose or produce
     information from electronic or computer-based media.  If so:

    (a)   whether disclosure or production will be limited to data
        reasonably available to the parties in the ordinary course of
        business;

Yes.

    (b)   the anticipated scope, cost and time required for disclosure or
        production of data beyond what is reasonably available to the
        parties in the ordinary course of business;

Not applicable.

    (c)   the format and media agreed to by the parties for the production
        of such data as well as agreed procedures for such production;

Any data will be produced in paper or computer disc form.

    (d)   whether reasonable measures have been taken to preserve
        potentially discoverable data from alteration or destruction in
        the ordinary course of business or otherwise;

Yes.

    (e)   other problems which the parties anticipate may arise in
        connection with electronic or computer-based discovery.

None at this time.

5)   Date by which discovery should be completed.

Seventy-five days before trial.

6)   Any needed changes in limitations imposed by the Federal Rules of
     Civil Procedure.

The parties agree that there are no known needed changes in the limitations

imposed by the Federal Rules of Civil Procedure at this time.

7)    Any orders, e.g. protective orders, which should be entered.

The parties agree that a protective order may be necessary pertaining to discovery involving third parties or other matters that should be limited to use in this litigation.

8)    Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

None.

9)    Any objections to the proposed trial date.

The proposed trial date of the week of March 23, 2015, is spring break for the Little Rock School District, and counsel for defendant had previously scheduled vacation that week.  Therefore, defendant respectfully requests that the trial be set for April or May 2015.  Counsel for plaintiff concurs with the request for a trial date in April or May 2015.

10)    Proposed deadline for joining other parties and amending the pleadings.

October 31, 2014.

11)    Proposed deadline for completing discovery.  (Note:  In the typical case, the deadline for completing discovery should be no later than sixty (60) days before trial.

Seventy-five days before trial.

12)    Proposed deadline for filing motions.  (Note:  In the typical case, the deadline for filing motions should be no later than sixty (60) days before trial.)

Sixty days before trial.

David O. Bowden
415 Main Street
Little Rock, AR 72201
(501) 372-1315
E-mail: david_bowden@juno.com


By /s/ David O. Bowden
    David O. Bowden
    *Attorney for Plaintiff*


WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442
mkaemmerling@wlj.com


By /s/ Michelle M. Kaemmerling
    Michelle M. Kaemmerling (2001227)
    *Attorneys for Defendant*