IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHELE DAGUE                                                                       PLAINTIFF

VS.                              NO. 4:13-CV-00627 KGB

JASON'S DELI                                                                        DEFENDANT

## STIPULATION FOR DISMISSAL

It is stipulated and agreed by and between the parties in the above-styled case, through their attorneys, that the above-styled cause of action should be dismissed with prejudice, each party to bear her and its own costs.

Dated this 5th day of June, 2015.

        FLOYD A. HEALY LAW OFFICE
        8 Shackleford Plaza, Suite 103
        Little Rock, AR 72221-1852
        (501) 224-5551
        Email: fhealy@sbcglobal.net

By: __/s/ Floyd A. Healy__
    Floyd A. Healy
    *Attorney for Plaintiff*

and

1261808-v1

                WRIGHT, LINDSEY & JENNINGS LLP
                200 West Capitol Avenue, Suite 2300
                Little Rock, Arkansas 72201-3699
                (501) 371-0808
                Fax: (501) 376-9442
                E-mail:  mkaemmerling@wlj.com

                By _____
                    Michelle M. Kaemmerling (2001227)
                    Neemah A. Esmaeilpour (2012229)
                    *Attorneys for Defendant*