# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHELE DAGUE**                                                                                **PLAINTIFF**

**v.**                          **Case No. 4:13-cv-00627-KGB**

**JASON'S DELI**                                                         **DEFENDANT**

## **ORDER**

Based on the parties' stipulation for dismissal (Dkt. No. 50), the Court dismisses with prejudice this cause of action. Each party is to bear her and its own costs.

SO ORDERED this 8th day of June, 2015.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge